UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
IN RE:                                    CASE NO.: 10-22030-rdd

  Tomasz Laurentowski aka Tom            Chapter: 13
Laurentowski ,

                              DEBTOR       JUDGE: ROBERT D. DRAIN
-------------------------------------------------X

## NOTICE OF APPEARANCE

SIR:

    **PLEASE TAKE NOTICE**, that U.S. Bank National Association, hereby appears in the above action, by and through its attorney, Rosicki, Rosicki & Associates, P.C., and demands that all papers in the case be served on the undersigned at the address stated below.

    **PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes demand not only for notices and papers referred to in the rules specified above but also includes, without limitation, a demand for any and all orders and notices of any application, including notice of any application to sell real estate property held by the debtor, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: March 15, 2010
Plainview, NY

                                                Respectfully submitted,

                                               ROSICKI, ROSICKI & ASSOCIATES, P.C.
                                               By: Barbara Dunleavy, Esq.
                                               Attorneys for Movant
                                               Main Office 51 E Bethpage Road
                                               Plainview, NY 11803
                                               516-741-2585

TO:
Julie Cvek, Esq
Attorney for Debtor
Rattet, Pasternak & Gordon-Oliver, LLP
550 Mamaroneck Avenue
Harrison, NY 10528

Jeffrey L. Sapir, Esq.-13
As Chapter 13 and 12 Trustee
399 Knollwood Road
Suite 102
White Plains, NY 10603

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
IN RE:                              CASE NO.: 10-22030-rdd

  Tomasz Laurentowski aka Tom          Chapter: 13
Laurentowski ,

                                    DEBTOR     JUDGE: ROBERT D. DRAIN
-------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss:
COUNTY OF NASSAU    )

      Terri Sweeting, being duly sworn, deposes and says:
I am not a party to this action, am over 18 years of age and reside in Nassau County, New York. On March 1st, 2010, I served the Notice of Appearance and Demand for Service of All Papers, by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Julie Cvek, Esq
Rattet, Pasternak & Gordon-Oliver, LLP
550 Mamaroneck Avenue
Harrison, NY 10528

Jeffrey L. Sapir, Esq.-13
As Chapter 13 and 12 Trustee
399 Knollwood Road
Suite 102
White Plains, NY 10603

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

                                                  _____
                                                  Terri Sweeting

Sworn to before me on this
1st day of March, 2010
_____
NOTARY PUBLIC

                                       **CATHERINE JONES**
                                Notary Public - State of New York
                                    No. 01J06143668
                               Qualified in Nassau County
                           My Commission Expires April 17, 20 10

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
IN RE:                                          CASE NO.: 10-22030-rdd

  Tomasz Laurentowski aka Tom                  Chapter: 13
Laurentowski ,

                     DEBTOR            JUDGE: ROBERT D. DRAIN
-------------------------------------------------X


# NOTICE OF APPEARANCE




ROSICKI, ROSICKI & ASSOCIATES, P.C.
ATTORNEYS AT LAW
Main Office 51 E Bethpage Road
Plainview, NY 11803
516-741-2585